In the Matter of GEORGE H. BRIDGES, Claimant.

FRIEDA S. MILLER, as Industrial Commissioner, Appellant; JOSEPH S. STERLING, Respondent.

Argued January 6, 1942; decided February 26, 1942.

*John J. Bennett, Jr., Attorney-General* (*W. Gerard Ryan* and *Henry Epstein* of counsel), for appellant.

*Patrick J. Tierney* for respondent.

*David T. Murray* for Harry W. Patterson, *amicus curiæ.*

Order of Appellate Division reversed and decision of the Unemployment Insurance Appeal Board affirmed, with costs in this court and in the Appellate Division. Under the provisions of the Labor Law (art. 18, § 502; L. 1935, ch. 468, as amd. L. 1936, ch. 117), the employer was not entitled to the exemption of the employee as a farm laborer. No opinion.

Concur: LEHMAN, Ch. J., FINCH, RIPPEY, CONWAY and DESMOND, JJ. Dissenting: LOUGHRAN and LEWIS, JJ.